[No. 39451-7-I.     Division One.     November 17, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DOWDELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-01210-2, Joan E. DuBuque, J., entered September 3, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39743-5-I.     Division One.     November 17, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. C.B., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 96-8-00641-4, Charles Snyder, J. Pro Tem., entered October 30, 1996. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid and Cox, JJ.

[No. 40525-0-I.     Division One.     November 17, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. P.B.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-08638-1, Marilyn R. Sellers, J., entered March 18, 1997. *Reversed* by unpublished per curiam opinion.

[No. 41083-1-I.     Division One.     November 17, 1997.]

LERCH BATES & ASSOCIATES, INC., *Respondent*, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-26866-6, Michael J. Trickey, J., entered May 16, 1997. *Reversed* by unpublished per curiam opinion.